SCWC-13-0000129

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LEIMOMI LESLIE FRESCH, Individually and as Next Friend
for Howard K. Leslie, Jr., Respondent/Plaintiff-Appellee,

and

HOWARD K. LESLIE, SR., Petitioner/Plaintiff-Appellee,

and

HOWARD K. LESLIE, JR., Respondent/Plaintiff-Appellant,

vs.

JEFFREY K. KANUI, as Personal Representative
of the Estate of Jamie K. Tavares, Deceased,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000129; CIV. NO. 97-0448)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.,
and Intermediate Court of Appeals Associate Judge Chan,
in place of McKenna, J., recused)

Respondent/Plaintiff-Appellant Howard K. Leslie, Jr.,

timely filed a Motion for Reconsideration (Motion) on July 10,

2017, asking this court to reconsider our June 30, 2017

memorandum opinion (Opinion).

This court, having reviewed the Motion, together with the Opinion, and the records and files in this case, and having fully considered the arguments set forth in the Motion,

IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaiʻi, July 18, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack



/s/ Michael D. Wilson

/s/ Derrick H.M. Chan